UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA AND ) <br> RANDAL WHITEHEAD, REVENUE OFFICER) <br> OF THE INTERNAL REVENUE SERVICE ) <br> ) <br> Petitioners, ) <br> ) <br> v. ) <br> ) <br> RICHARD B. CAIN, ) <br> ) <br> Respondent. ) | CASE NO.: 3:08-0641 <br> JUDGE TRAUGER |

## ORDER

Before the court is the United States of America's Notice of Compliance pertaining to respondent Richard B. Cain. It appears to the Court that the books, papers, records and other data sought in the IRS's summons enforcement action have been produced thus mooting the summons enforcement dispute. Accordingly, this case is **DISMISSED WITHOUT PREJUDICE**.

It is so **ORDERED**.

Dated: 10/9/2008

_____
Aleta A. Trauger
United States District Judge

Respectfully submitted for entry:

EDWARD M. YARBROUGH
UNITED STATES ATTORNEY
FOR THE MIDDLE DISTRICT OF TENNESSEE


By s/ Steve Jordan
STEVE JORDAN
Assistant United States Attorney
110 Ninth Avenue South
Suite A-961
Nashville, Tennessee 37203-3870
Telephone: 615/736-5151
B.P.R. #013291